Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33520–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phyllis Ann Rausa
   276 Chelsea Avenue
   Bayville, NJ 08721

Social Security No.:
   xxx–xx–7211

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 15, 2018.

On 5/1/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         May 22, 2018
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 4, 2018
JAN: amg

                                                            Jeanne Naughton
                                                            Clerk

```
United States Bankruptcy Court
      District of New Jersey

In re:                                                           Case No. 17-33520-MBK
Phyllis Ann Rausa                                                Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2        Date Rcvd: May 04, 2018
                             Form ID: 185               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Phyllis Ann Rausa,    276 Chelsea Avenue,    Bayville, NJ 08721-1057
517188358      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517188359      +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
517188361      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517188362      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517188363      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517188364      +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517331657       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA   98083-0657
517188366       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517393110      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517188369       Macys American Express Account,    PO Box 9001108,    Louisville, KY 40290-1108
517345509      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517188371      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517188377      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517188378       USAA Credit Card Payments,    10750 McDermott Fwy,    San Antonio, TX 78288-0570
517188379       Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
517188380      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517188381      +Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 94435,    Albuquerque, NM 87199-4435
517351617       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517204443      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517188360      +E-mail/Text: kzoepfel@credit-control.com May 05 2018 00:13:02     Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517188368       E-mail/Text: cio.bncmail@irs.gov May 05 2018 00:12:34     Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517225762       E-mail/PDF: cbp@onemainfinancial.com May 05 2018 00:17:32     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517188370      +E-mail/PDF: cbp@onemainfinancial.com May 05 2018 00:17:09     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
517337227       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 00:34:55
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517337226       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2018 00:34:55
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517386671       E-mail/Text: bnc-quantum@quantum3group.com May 05 2018 00:12:50
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA   98083-0788
517188372      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:17:38     Syncb/Toys ’R’ Us,
                 Po Box 965064,    Orlando, FL 32896-5064
517191068      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:17:14     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517188373      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:17:15     Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517188374      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:16:54     Synchrony Bank/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517188375      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:17:15     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517188376      +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 00:17:14     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517188365       E-mail/Text: bankruptcy@td.com May 05 2018 00:13:03     Commerce Bank Na,
                 Td Bank/Attn:Bankruptcy,    Po Box 9547,    Portland, ME 04112
517401127      +E-mail/Text: bncmail@w-legal.com May 05 2018 00:13:12     USAA SAVINGS BANK,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 04, 2018
                              Form ID: 185             Total Noticed: 37

517188367*      +ERC,   Po Box 23870,   Jacksonville, FL 32241-3870
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc.
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Phyllis Ann Rausa bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 5
```