UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Phyllis Ann Rausa, Debtor

Case No.: 17-33520(MBK)
Chapter: 13
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

__Phyllis Rausa__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __January 22, 2019__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 276 Chelsea Avenue, Bayville, NJ 08721

Proposed Purchaser: Raymond Ciancia and Randy Symon

Sale price: 281,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Keller Williams / Weichert Realtors / Richard R. Mazzei, Esq.
Amount to be paid: 2% of Sale Price/2% of Sale Price/Amount as will appear in HUD
Services rendered: Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-33520-MBK
Phyllis Ann Rausa                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Dec 18, 2018
                              Form ID: pdf905          Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
db            +Phyllis Ann Rausa,   276 Chelsea Avenue,   Bayville, NJ 08721-1057
517188358     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517188359     +Cenlar,   PO Box 77404,   Trenton, NJ 08628-6404
517188361     +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
517188362     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
517331657      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517188366      ERC,   PO Box 23870,   Jacksonville, FL 32241-3870
517393110     +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
                Ewing, NJ 08618-1430
517188369      Macys American Express Account,   PO Box 9001108,   Louisville, KY 40290-1108
517345509    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
517188371     +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
517188377     +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517188378      USAA Credit Card Payments,   10750 McDermott Fwy,   San Antonio, TX 78288-0570
517188379      Usaa Savings Bank,   Po Box 47504,   San Antonio, TX 78265
517188380     +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
517188381     +Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 94435,   Albuquerque, NM 87199-4435
517351617      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
517204443     +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:00     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517188360     +E-mail/Text: kzoepfel@credit-control.com Dec 19 2018 00:10:07     Central Loan Admin & R,
                425 Phillips Blvd,   Ewing, NJ 08618-1430
517188363     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 00:09:47
                Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517188364     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2018 00:09:47     Comenitycapital/boscov,
                Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
517188368      E-mail/Text: cio.bncmail@irs.gov Dec 19 2018 00:09:26     Internal Service Revenue,
                PO Box 7346,   Philadelphia, PA 19101-7346
517225762      E-mail/PDF: cbp@onemainfinancial.com Dec 19 2018 00:12:07     ONEMAIN,   P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
517188370     +E-mail/PDF: cbp@onemainfinancial.com Dec 19 2018 00:12:07     Onemain,   Po Box 1010,
                Evansville, IN 47706-1010
517337227      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 00:12:58
                Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517337226      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2018 00:12:23
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                Norfolk VA 23541
517386671      E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2018 00:09:54
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517188372     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:13     Syncb/Toys 'R' Us,
                Po Box 965064,   Orlando, FL 32896-5064
517191068     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:46     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517188373     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:13     Synchrony Bank/ JC Penney,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517188374     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:46     Synchrony Bank/Care Credit,
                950 Forrer Blvd,   Kettering, OH 45420-1469
517188375     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:13:20     Synchrony Bank/Lowes,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517188376     +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2018 00:12:47     Synchrony Bank/Walmart,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517188365      E-mail/Text: bankruptcy@td.com Dec 19 2018 00:10:08     Commerce Bank Na,
                Td Bank/Attn:Bankruptcy,   Po Box 9547,   Portland, ME 04112
517401127     +E-mail/Text: bncmail@w-legal.com Dec 19 2018 00:10:17     USAA SAVINGS BANK,
                C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 18, 2018
                              Form ID: pdf905          Total Noticed: 37

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517188367*     +ERC,   Po Box 23870,   Jacksonville, FL 32241-3870
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc.
           kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Phyllis Ann Rausa bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                           TOTAL: 5
```