UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Phyllis A. Rausa

Debtor

Case No.: 17-33520

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF  Keller Williams (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:      Phyllis A. Rausa

Case No.:      17-33520

Applicant:      Phyllis A. Rausa

(check all that apply) ☐ Trustee: ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11      ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:      Keller Williams Preferred Properties

Address of Professional:      782 Route 9

Bayville, NJ 08721

☐ Attorney for (check all that apply):
     ☐ Trustee      ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☐ Accountant for:
     ☐ Trustee      ☐ Debtor-in-Possession
     ☐ Official Committee of _____

☑ Other Professional:
     ☑ Realtor      ☐ Appraiser      ☐ Special Counsel      ☐ Auctioneer
     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Phyllis Ann Rausa
    Debtor

Case No. 17-33520-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2019
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db        +Phyllis Ann Rausa,   276 Chelsea Avenue,   Bayville, NJ 08721-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo   docs@russotrustee.com
          Kevin Gordon McDonald   on behalf of Creditor   HomeBridge Financial Services, Inc.
           kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Phyllis Ann Rausa bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                            TOTAL: 6