UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PHYLLIS ANN RAUSA

Case No.:     17-33520

Hearing Date:     1-22-19 @ 9am

Chapter:     13

Judge:     Michael B. Kaplan

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____276 Chelsea Avenue, Bayville, NJ 08721_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Keller Williams / Weichert Realtors / Richard R. Mazzei, Esq. |
| Amount to be paid: | 2% of Sale Price / 2% of Sale Price / Amount as will appear in HUD |
| Services rendered: | Real Estate Broker / Real Estate Broker / Attorney for Seller |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___23,675.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Phyllis Ann Rausa  
    Debtor

Case No. 17-33520-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 23, 2019  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.  
db    +Phyllis Ann Rausa,   276 Chelsea Avenue,   Bayville, NJ 08721-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:  
    Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
    Albert  Russo   docs@russotrustee.com  
    Kevin Gordon McDonald   on behalf of Creditor   HomeBridge Financial Services, Inc.  
    kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com  
    Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.  
    rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    William H. Oliver, Jr.   on behalf of Debtor Phyllis Ann Rausa bkwoliver@aol.com,  
    R59915@notify.bestcase.com  
    TOTAL: 6