| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129<br>courtdocs@oliverandlegg.com | Order Filed on February 25, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PHYLLIS ANN RAUSA<br><br>                Debtor | Case No.: 17-33520<br><br>Hearing Date: February 24, 2021 @ 9am<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## ORDER GRANTING
## MOTION TO ALLOW DEBTOR TO PAY OFF PLAN
## AND OBTAIN A DISCHARGE

    The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED.**

**DATED: February 25, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:	PHYLLIS ANN RAUSA
Case No.	17-33520(MBK)
Caption of Order: ORDER GRANTING MOTION TO ALLOW DEBTOR TO PAY OFF PLAN AND OBTAIN A DISCHARGE
Page 2

**The Court** having received the Movant's Motion to allow debtor to pay off plan and obtain a discharge, and any related responses or objections, it is hereby

**O R D E R E D** that:

1. The debtor is hereby allowed to use the funds provided by her daughter to pay off her Chapter 13 plan and to obtain a discharge without the necessity of making payments for three (3) to five (5) years; and it is

2. The Trustee shall close the case upon receipt of pay off funds in accordance with Court Rules; and it is

3. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.