**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Phyllis Ann Rausa | Social Security number or ITIN | xxx–xx–7211 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 17–33520–MBK | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phyllis Ann Rausa

8/27/21

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 17-33520-MBK

Phyllis Ann Rausa                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 3
Date Rcvd: Aug 27, 2021                       Form ID: 3180W                           Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis Ann Rausa, 20 Frederick Drive, Apt. D7, Bayville, NJ 08721-1734 |
| r | + | Keller Williams Preferred Properties, 782 Route 9, Bayville, NJ 08721-3030 |
| r | + | Weichert Realtors, 1020 Lacey Rd., Forked River, NJ 08731-1098 |
| 517188359 | + | Cenlar, PO Box 77404, Trenton, NJ 08628-6404 |
| 517393110 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517188369 | | Macys American Express Account, PO Box 9001108, Louisville, KY 40290-1108 |
| 517932726 | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517932727 | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517345509 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517188371 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517188358 | + | EDI: AMEREXPR.COM | Aug 28 2021 00:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517188360 | + | Email/Text: clientservices@credit-control.com | Aug 27 2021 20:30:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517188361 | + | EDI: CITICORP.COM | Aug 28 2021 00:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517188362 | + | EDI: CITICORP.COM | Aug 28 2021 00:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517188363 | + | EDI: WFNNB.COM | Aug 28 2021 00:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517188364 | + | EDI: WFNNB.COM | Aug 28 2021 00:28:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517331657 | | EDI: Q3G.COM | Aug 28 2021 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517188366 | | Email/Text: bknotice@ercbpo.com | Aug 27 2021 20:30:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

| 517188368 | EDI: IRS.COM | Aug 28 2021 00:28:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 517225762 | EDI: AGFINANCE.COM | Aug 28 2021 00:28:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517188370 | + EDI: AGFINANCE.COM | Aug 28 2021 00:28:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517337227 | EDI: PRA.COM | Aug 28 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517337226 | EDI: PRA.COM | Aug 28 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517386671 | EDI: Q3G.COM | Aug 28 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517188372 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517191068 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517188373 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517188374 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517188375 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517188376 | + EDI: RMSC.COM | Aug 28 2021 00:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517188365 | EDI: TDBANKNORTH.COM | Aug 28 2021 00:28:00 | Commerce Bank Na, Td Bank/Attn:Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 517188377 | + EDI: WTRRNBANK.COM | Aug 28 2021 00:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517188378 | EDI: USAA.COM | Aug 28 2021 00:28:00 | USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |
| 517401127 | + Email/Text: bncmail@w-legal.com | Aug 27 2021 20:30:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 517188379 | EDI: USAA.COM | Aug 28 2021 00:28:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 517188381 | + EDI: WFFC.COM | Aug 28 2021 00:28:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 94435, Albuquerque, NM 87199-4435 |
| 517188380 | + EDI: WFFC.COM | Aug 28 2021 00:28:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517204443 | + EDI: WFFC.COM | Aug 28 2021 00:28:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517351617 | EDI: WFFC.COM | Aug 28 2021 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3

User: admin

Date Rcvd: Aug 27, 2021

Form ID: 3180W

Total Noticed: 41

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517188367 | *+ | ERC, Po Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021

Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services  Inc. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Phyllis Ann Rausa courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 6